1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| NANCY KIRKES, | ) | |
|---|---|---|
| | ) | Civil Action No. CV-F-04-6008 TAG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until May 19, 2005, in which to file and serve plaintiff's opening brief. All remaining actions under the scheduling order filed, July 26, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1

Dated: April 19, 2005

2                                /s/ Gina Fazio
GINA FAZIO,

3                                Attorney for Plaintiff.

4 Dated: April 19, 2005

5                                MCGREGOR SCOTT
United States Attorney

6

7                                By:/s/Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN

8                                Assistant U.S. Attorney

9

IT IS SO ORDERED.

10

**Dated:    May 12, 2005**                      **/s/ Theresa A. Goldner**

11 j6eb3d                                  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28