1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| NANCY KIRKES, | ) | |
|---|---|---|
| | ) | CASE NO. 1:04-cv-6008 TAG |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until June 18, 2005, in which to file and serve plaintiff's opening brief. All remaining actions under the scheduling order filed, July 26, 2004, shall proceed under the time limit guidelines set therein.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Dated: May 19, 2005
2                                                    /s/ Gina Fazio
                                                     GINA FAZIO,
3                                                    Attorney for Plaintiff.

4  Dated: May 20, 2005
                                                     MCGREGOR SCOTT
5                                                    United States Attorney

6
                                                     By:/s/Kristi C. Kapetan
7                                                    (as authorized via facsimile)
                                                     KRISTI C. KAPETAN
8                                                    Assistant U.S. Attorney

9  IT IS SO ORDERED.

10 **Dated:   June 1, 2005**                         **/s/ Theresa A. Goldner**
   j6eb3d                                            UNITED STATES MAGISTRATE JUDGE
11